## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES SECURITIES AND EXCHANGE COMMISSION,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**NANOTECH ENGINEERING, INC., MICHAEL JAMES SWEANEY (also known as Michael Hatton), DAVID SWEANEY, and JEFFREY GANGE,**<br><br>**Defendants,**<br><br>**and**<br><br>**NANOTECH FINANCE LLC, OMNI GOLF, LLC, and 3 DRAGONS LLC,**<br><br>**Relief Defendants.** | **Case No. 19-cv-3633 (ABJ)** |

## PLAINTIFF'S APPLICATION FOR ENTRY OF DEFAULT AGAINST DEFENDANT JEFFREY GANGE

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, plaintiff U.S. Securities and Exchange Commission ("SEC") requests that the Clerk enter the default of Defendant Jeffery Gange.

Service of a summons and the complaint was made on Defendant Gange on December 6, 2019. *See* Return of Service, ECF No. 10; Notice of Service, ECF No. 7. Defendant Gange's responsive pleading was due on or before December 27, 2019, twenty-one days after service. *See* Fed. R. Civ. P. 12(a)(1)(A)(i). On October 6,

2020, with leave of Court, the SEC filed an Amended Complaint, *see* Order and

Amended Complaint, ECF Nos. 46 and 47, and the SEC served the Amended

Complaint on October 9, 2021, making Defendant Gange's responsive pleading due

on October 23, 2020, fourteen days later.  *See* Fed. R. Civ. P. 15(a)(3).  Even though

these deadlines have long since passed, Defendant Gange has not filed any

responsive pleadings.  A declaration certifying these facts is filed herewith as

Exhibit 1.

Respectfully submitted,

*/s/ Gregory R. Bockin*
Gregory R. Bockin  (DC Bar # 450885)
Christopher Bruckmann (DC Bar # 491136)
Pei Chung
Elizabeth Doisy
U.S. SECURITIES AND
EXCHANGE COMMISSION
Division of Enforcement
100 F Street, N.E.
Washington, DC  20549
(202) 551-5684 (Bockin)
(202) 551-5986 (Bruckmann)
(202) 772-9292 (facsimile)
BockinG@SEC.gov
BruckmannC@SEC.gov

*Counsel for Plaintiff*
*U.S. Securities and Exchange Commission*

Dated:  September 24, 2021

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 24, 2021, I filed a copy of the foregoing using this Court's CM/ECF system, thereby causing a copy of the document to be served on all parties of record.  On this same date, I also caused a copy of the foregoing to be sent by U.S. Mail (UPS), postage prepaid, to the following:

Jeffrey Gange
33 Elizabeth Lane
Irvine, CA  92602-0742


/s/ Gregory R. Bockin
Counsel for Plaintiff