UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> NANOTECH ENGINEERING, INC., MICHAEL JAMES SWEANEY (also known as Michael Hatton), DAVID SWEANEY, and JEFFREY GANGE, <br><br> Defendants, <br><br> and <br><br> NANOTECH FINANCE LLC, OMNI GOLF, LLC, and 3 DRAGONS LLC, <br><br> Relief Defendants. | Case No. 19-cv-3633 (ABJ) |

### ATTORNEY DECLARATION IN SUPPORT OF PLAINTIFF'S APPLICATION FOR ENTRY OF DEFAULT AGAINST <u>DEFENDANT JEFFREY GANGE</u>

I, Gregory R. Bockin, hereby declare as follows:

1. I am an attorney licensed to practice law in the State of Georgia, the State of Maryland, and the District of Columbia; I am also admitted to practice in this Court. I am a Senior Trial Counsel with the U.S. Securities and Exchange Commission ("SEC") and an attorney of record in this case.

1

2. I submit this declaration in support of the SEC's Application for Entry of Default. I make this declaration based upon personal knowledge, except where otherwise indicated, and if called as a witness I could and would testify thereto.

3. The above-captioned case was commenced on December 5, 2019, with the filing of a summons, complaint, motion for temporary restraining order, and other associated filings. *See* ECF Nos. 1-4. Also on December 5, 2019, the Court granted in part the SEC's motion for temporary restraining order. *See* ECF No. 5.

4. On December 6, 2019, the SEC served the summons and complaint on Defendant Jeffrey Gange. *See* ECF Nos. 7, 10.

5. Defendant Gange's responsive pleading was due on or before December 27, 2019, twenty-one days after service.

6. On October 6, 2020, after receiving leave of Court, the SEC filed an amended complaint. *See* ECF No. 47.

7. On October 9, 2020, the SEC staff served the amended complaint on Defendant Gange by email to his attorney, Kevin McDermott. Prior to serving the amended complaint, Mr. McDermott represented to the SEC staff that he represented Defendant Gange and that Defendant Gange consented to service of the amended complaint by email to counsel.

8. Defendant Gange's response to the amended complaint was due on or before October 23, 2020, fourteen days after service.

9. Even though both deadlines have long passed, the docket in this case indicates that Defendant Gange has not served a responsive pleading with respect to either the complaint or the amended complaint.

10. Upon information and belief, Defendant Gange is not a minor, incompetent person, or member of the United States military.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

> /s/ Gregory R. Bockin
> Gregory R. Bockin  (DC Bar # 450885)
> U.S. SECURITIES AND
> EXCHANGE COMMISSION
> Division of Enforcement
> 100 F Street, N.E.
> Washington, DC  20549
> (202) 551-5684
> BockinG@SEC.gov
>
> Dated:  September 24, 2021