UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>        Plaintiff,<br><br>  v.<br><br>NANOTECH ENGINEERING, INC., *et al.*,<br><br>        Defendants. | Civil Action No. 19-3633 (ABJ) |

### **FINAL JUDGMENT**

For the reasons stated in the March 29, 2023 Memorandum Opinion & Order [Dkt. # 109] granting motion for default judgment as to defendant Nanotech Engineering, Inc. ("Nanotech") and relief defendants Nanotech Finance, LLC & 3 Dragons, LLC, and upon consideration of the Notice regarding updated prejudgment interest amounts [Dkt. # 110], IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

Nanotech shall pay disgorgement of ill-gotten gains in the amount of $9,679,495 and prejudgment interest in the amount of $1,361,040.89, and that Nanotech is jointly and severally liable for this amount with any other disgorgement and prejudgment interest that may be ordered in the future against any other defendant or relief defendant in this case, up to the amount ordered against those defendants and relief defendants.

Nanotech Finance, LLC shall pay disgorgement of ill-gotten gains in the amount of $652,061 and prejudgment interest in the amount of $91,686.78, and that Nanotech Finance, LLC is jointly and severally liable for this amount with Nanotech.

1

3 Dragons shall pay disgorgement of ill-gotten gains in the amount of $482,651.11 and prejudgment interest in the amount of $67,865.91, and that 3 Dragons is jointly and severally liable for this amount with Nanotech.

All other aspects of the March 29, 2023 Memorandum Opinion & Order remain fully in effect.

**SO ORDERED.**

AMY BERMAN JACKSON
United States District Judge

DATE:  April 12, 2023